NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD K. INGLIS, as special trustee of )
the Trust under the last will and testament )
of Rosa B. Schweiker, dated February 2, )
1961; and BRUCE D. BERLINGER, as the )
individual trustee of the Trust under the last )
will and testament of Rosa B. Schweiker, )
dated February 2, 1961, )
                                  )
        Petitioners, )
                                  )
v.                             )     Case No. 2D18-490
                                  )
ROBERTA SUE CASSELBERRY f/k/a )
SUE C. BERLINGER, )
                                  )
        Respondent. )
_____ )

Opinion filed June 22, 2018.

Appeal from the Circuit Court for Collier
County; Elizabeth V. Krier, Judge.

Robert M. Presley of Presley and
Presley, P.A., Wellington; and John D.
Kehoe of Cheffy Passidomo, P.A.,
Naples, for Petitioners.

Robert A. Stok and Joshua R. Kon of Stok
Folk + Kon, Aventura, for Respondent.


PER CURIAM.


        Denied.

LaROSE, C.J., and BADALAMENTI and ROTHSTEIN-YOUAKIM, JJ., Concur.